

# The Moorish National Republic
### Societas Republicae Ea Al Maurikanos
#### ~ Moorish Divine and National Movement of the World ~
*Northwest Amexem / Northwest Africa / North America - 'The North Gate'*
Aboriginal and Indigenous Natural Peoples of the Land

---

In the United States District Court
For the Southern District of
Florida State Republic
Fort Lauderdale Division

17 August 2022 (c.c.y.)

Erod Habib Xaragua El,
Natural Person, In Propria Persona
All Rights Reserved
Ex Relatione EROD LAPOINTE
U.C.C. 1-207/ 1-308 ; U.C.C. 1-103
c/o 222 North Hiawassee Road Box #48
near Orlando, Florida Republic [zip-exempt]
Northwest Amexem

  **Claimant**

  v.

EBAY INC

  **Respondent**

FILED BY _____ D.C.
AUG 22 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## Jurisdiction

The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.

### Treaty of Peace and Friendship between the United States and Morocco (1836):

**Article 4**
A signal, or pass, shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

### The Constitution for the United States of America - ratified in 1791

**Article 1 Section 8**
The Congress shall have power to lay and collect taxes, duties, imposts and excises, to pay the debts and provide for the common defense and general welfare of the United States; but all duties, imposts and excises shall be uniform throughout the United States;

## Venue

Original Jurisdiction of the United States District Court of Florida State Republic

## Claimant

Erod Habib Xaragua El, Natural Person, In Propria Persona, Sui Juris. I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF Seventeen Hundred AND Eighty-Seven (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm **or at Bevines Law Book of Treaties**) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
Between Morocco and the United States

## Respondent

EBAY INC

## Facts

In support of this claim, I state for the Record:

1. On 24 January 2022 A.D., I placed an order (Order Number: 09-08175-04455) on the eBay website (see Exhibit A). A $3.21 tax was automatically applied to the purchase.

2. On 14 April 2022 A.D., I placed another order (Order Number: 07-08513-44108) on the eBay website (see Exhibit B). A EUR 0.91 tax was automatically applied to the purchase.

3. On 29 April 2022 A.D., I received an electronic mail (e-mail) from Sabrina (see Exhibit C), a representative of the eBay Tax Exemption Team, in response to an initial request I had previously submitted for the refund of the taxes. In my request, I provided Article 1 Section 8 of the Constitution for the United States along with the non-obligatory tax certificate number which is recorded in the Library of Congress. In the e-mail, Sabrina requested "different documentation in order to process the exemption" and advised that I contact the Florida Department of Revenue to obtain a certificate of exemption.

4. On 4 May 2022 A.D., I reiterated Article 1 Section 8 of the Constitution for the United States to the representatives of the eBay Tax Exemption Team. I reminded them clearly that Florida is one (1) of the several States mentioned in the Constitution. I emphasized that I am of a foreign Nation with which the United States has Treaty obligations; I am not a resident of Florida (see Exhibit D).

5. On 9 May 2022 A.D. I received an electronic mail in response from Ayeisha, a representative of the eBay Tax Exemption Team, wherein it is stated "unfortunately eBay does have the capacity to grant personal exemptions" (see Exhibit E). I did **not** ask for the representatives of eBay to grant me personal exemptions. I requested the taxes to be refunded because it is My Divine Right to non-taxation.

## Legal Claims

All Law is contract therefore in order for anyone doing business as EBAY INC to conduct business at North America, the original Contract which is the Constitution (the Supreme Law of the Land) for the United States Republic must be honored. Any representative, partner, agent or assign of EBAY INC who violate the right of the people is in direct violation of the Constitution for the United States Republic, Treaty and International Law.

*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*

The representatives of EBAY INC do not have any authority to **deny** refunds of taxes they have collected. Both Sabrina and Ayeisha, representatives of EBAY INC, ignored the provisions of the Constitution and decided to act in stead of the Congress which was lawfully granted the power to lay and collect taxes. My Rights cannot be sold, bought or transferred. Therefore, by right of blood (*Jus Sanguinis*), I am entitled, secured by Article 1 Section 8 of the Constitution, to non-taxation.

*The Congress shall have power to lay and collect taxes, duties, imposts and excises, to pay the debts and provide for the common defense and general welfare of the United States; but all duties, imposts and excises shall be uniform throughout the United States;*

## RELIEF

1. The Enforcement of the following: The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the Constitution for the United States Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America.'

2. I, Erod Habib Xaragua El, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

3. I, Erod Habib Xaragua El, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and hereby request the District Court to fulfill their obligation to preserve the rights of this Claimant (Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering the Respondent to be brought before the Law to answer for their criminal and unjust actions.

4. All representatives, agents and assigns of EBAY INC are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to be made cognizance of the recompense of colorable actions on their part by not adhering to the Law.

5. Respondent EBAY INC is being sued for $2,060 for compensatory damages and $2,060 for punitive damages in its official and private capacity payable in lawful money.

6. Respondent EBAY INC shall have twenty (20) days from service of the Affidavit of Claim to respond.

I declare under the penalty of perjury under the Law of the Zodiac Constitution with which the Constitution for the United States Republic is in harmony that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this 17th day of August, 2022 A.D. = 1443 M.C.

I Am: _____
Erod Habib Xaragua El
Natural Person, In Propria Persona
All Rights Reserved
c/o 222 North Hiawassee Road, Box 48
near Orlando, Florida Republic [zip-exempt]
Northwest Amexem

Erod Habib Yampaya El
c/o 222 North Hiawassee Road
Box # 48
near Orlando, Florida [32835]

7022 0410 0001 3760 3550



Angela E. Noble
Clerk of Court
United States District Court
c/o 299 East Broward Boulevard
# 108
near Fort Lauderdale, Florida [33301]

